**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LESLIE DIAZ, ET AL.,**<br>Plaintiff,<br>v.<br>**H.B. FULLER COMPANY, ET AL.,**<br>Defendants. | Case No. 1:26-cv-02441<br>Judge Michael J. Hendershot |

**DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendants H.B. Fuller Company ("H.B. Fuller"), ADCO Products, LLC, and ADCO Products, Inc. (ADCO Products, LLC and ADCO Products, Inc., together, "ADCO") (collectively, "Defendants"), through their undersigned counsel, Littler Mendelson, P.C., and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to partially dismiss Plaintiffs' Complaint for failure to state a claim upon which relief may be granted. Plaintiffs failed to exhaust their administrative remedies as to all discrimination and retaliation claims against ADCO and their retaliation claims against H.B. Fuller. The Complaint also fails to state a plausible claim for promissory estoppel. As such, these claims should be dismissed.

For the reasons more fully set forth in the attached *Memorandum in Support*, which is incorporated herein, Defendants respectfully request that the Court partially dismiss Plaintiffs' Complaint.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Andrew N. Domozick*

Ryan J. Morley, Bar No. 0077452
rmorley@littler.com
Andrew N. Domozick, Bar No. 101167
adomozick@littler.com
Katherine Mills, Bar No. 102569
kamills@littler.com
LITTLER MENDELSON, P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, Ohio 44114-9612
Telephone: 216.696.7600
Facsimile: 216.696.2038

Attorneys for Defendants H.B. FULLER COMPANY, ADCO PRODUCTS, LLC, AND ADCO PRODUCTS, INC.