# EXHIBIT 1

# Employment Discrimination Charge

Case Number CLEB4(013630)03262025

## Ohio Civil Rights Commission

### Charging Party Information

First Name *: LESLIE
Middle Name:
Last Name *: DIAZ

Address *: 5210 BEHRWALD AVE

Zip Code *: 44144
City *: CLEVELAND
State *: OH
County *: CUYAHOGA

Telephone *: (216)217-5926
Email *: LESLIED2895@GMAIL.COM

Do you have a Legal Representative to add? *
○ Yes ◉ No

### Employer Information

Employer Name *: H.B FULLER

Employer Address *: 17340 MUNN RD

Zip Code *: 44023
City *: CHAGRIN FALLS
State *: OH
County *: GEAUGA

Date of Hire:
Telephone *: (440)214-5375

Total Number of Employees *: >20
Position Held (or Being Sought):

### Most Recent Date of Discrimination | Must have occurred within TWO YEARS from the charge filing date

Date of Discrimination (Include other dates in your narrative below) *
02/28/2025

### I was discriminated against on the basis of:

- [ ] Race
- [ ] Retaliation
- [ ] National Origin
- [x] Disability (DO NOT IDENTIFY)
- [ ] Religion
- [ ] Ancestry
- [ ] Sex
- [ ] Color
- [ ] Military Status
- [ ] Age (40 or over)

Please briefly explain your selection(s) above if applicable (max 100 characters) *

ON FEBRUARY 28TH I WAS ABSENT FROM WORK FOR REASON RELATED TO MY DISABILITY

## I was subjected to:

- [ ] Demotion
- [ ] Denial/Failure to Hire
- [ ] Layoff/Denial of Recall
- [ ] Other
- [x] Discharge/Termination
- [ ] Constructive Discharge/Forced Resignation
- [ ] Denial of Promotion
- [x] Different terms & Conditions of Employment
- [x] Discipline
- [ ] Harassment/Sexual Harassment
- [x] Denial of Reasonable Accommodation (Disability or Religion)
- [ ] Unequal Pay – Based on sex only

**Please write a short statement detailing the act(s) of discrimination and why you believe it is discrimination. In your statement, include information as to who committed the act of discrimination (name and position), any reason given for the act of discrimination, when the acts occurred and names of others treated more favorably than you. (max 2600 characters)***

on 2/27/25 I needed to leave work early for reasons related to my disability. My anxiety was severely triggered directly by my employer. I asked to be excused by the plant manager Jim, for my early departure as well as asked to be excused for the following day as I was excused from work until the following week and given new medications by my psychiatrist. I was denied by both Jim and Sherry in HR having my early departure and absence excused despite having the proper documentation. I received attendance points for both days and was terminated on February 28th for attendance. However my actual attendance balance was altered by my employer just 1-2 weeks after my Husband Dalonte Watkins Sr. and I submitted a compliant to HR regarding employee misconduct. I believe we were both set up for termination and let go as a result of the submitting our complaint.

## Declaration

- [x] *I hereby declare and affirm that the information provided in this charge is true and accurate to the best of my knowledge and belief under penalty of perjury.**

Charging Party Signature *(Use your finger or mouse to sign)**

Leslie Diaz

Submission Date
03/26/2025

**PLEASE NOTE:** Under division (A) of section 4112.052 of the Ohio Revised Code, you are prohibited from bringing a civil action under this chapter unless one of the following applies: (a) The conditions stated in division (B)(1) of section 4112.052 of the Ohio Revised Code are satisfied; (b) An exception specified in division (B)(2) of section 4112.052 of the Ohio Revised Code applies.