**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LESLIE DIAZ, ET AL.,**<br>Plaintiff,<br>v.<br>**H.B. FULLER COMPANY, ET AL.,**<br>Defendants. | Case No. 1:26-cv-02441<br>Judge Michael J. Hendershot |

## CORPORATE DISCLOSURE STATEMENT

Defendants H.B. Fuller Company ("H.B. Fuller"), ADCO Products, LLC, and ADCO Products, Inc., by and through its counsel of record, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes its corporate disclosure statement as follows: Defendant H.B. Fuller is a publicly traded company, and no other publicly traded company owns more than 10% of the stock of H.B. Fuller. H.B. Fuller was incorporated and maintains its principal place of business in St. Paul, Minnesota. Defendant ADCO Products, LLC is a wholly owned subsidiary of H.B. Fuller Company. Defendant ADCO Products, LLC and Defendant ADCO Products, Inc. were incorporated in Delaware and maintain their principal place of business in Michigan Center, Michigan.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Andrew N. Domozick*

Ryan J. Morley, Bar No. 0077452
rmorley@littler.com
Andrew N. Domozick, Bar No. 101167
adomozick@littler.com
Katherine Mills, Bar No. 102569
kamills@littler.com
LITTLER MENDELSON, P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, Ohio 44114-9612
Telephone: 216.696.7600
Facsimile: 216.696.2038

Attorneys for Defendants H.B. FULLER COMPANY, ADCO PRODUCTS, LLC, AND ADCO PRODUCTS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2026, the foregoing *Corporate Disclosure Statement* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and parties may access the document through the Court's electronic filing system.

/s/ *Andrew N. Domozick*
An Attorney for Defendants